## UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF CALIFORNIA

Linda Sunderland and Benjamin Binder, individually and on behalf of all others similarly situated

Plaintiff(s)

Case No.: 3:23-cv-01318-JES-BGS

vs.

Pharmacare U.S., Inc., et al.

Defendant(s)

### AFFIDAVIT OF SERVICE

I, Michael Lynn Henry, a Private Process Server, being duly sworn, depose and say:

That I have been duly authorized to make service of the Summons, Plaintiffs' Class Action Complaint, Declaration of Trenton Kashima, Civil Cover Sheet, and Letter dated July 18, 2023 in the above entitled case.

That I am over the age of eighteen years and not a party to or otherwise interested in this action.

That on 07/26/2023 at 11:47 AM, I served PharmaCare U.S. Inc. c/o New Season Corporate Services, Registered Agent with the Summons, Plaintiffs' Class Action Complaint, Declaration of Trenton Kashima, Civil Cover Sheet, and Letter dated July 18, 2023 at 4600 Larson Way, Sacramento, California 95822 by serving Bianca Ortega, Agent, authorized to accept service on behalf of New Season Corporate Services.

Bianca Ortega is described herein as:

Gender: Female   Race/Skin: White   Age: 40   Weight: 140   Height: 5'4"   Hair: Brown   Glasses: No

I solemnly affirm under the penalties of perjury that the contents of this document are true to the best of my knowledge, information, and belief.

8/1/23
Executed On



Michael Lynn Henry

Client Ref Number: MAT-23061595253
Job #: 1621380

Capitol Process Services, Inc. | 1827 18th Street, NW, Washington, DC 20009 | (202) 667-0050

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

Linda Sunderland, individually and on behalf of all others similarly situated; Benjamin Binder, individually and on behalf of all others similarly situated

*Plaintiff*

v.

PharmaCare U.S., Inc., a Delaware Corporation; PharmaCare Laboratories PTY LTD., an Australian company

*Defendant*

Civil Action No.   23cv1318-JES-BGS

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
PharmaCare U.S. Inc.
c/o Registered Agent
New Season Corporate Services
4600 Larson Way
Sacramento, CA 95822

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) - or 60 days if you are the United States or a United States agency, or an office or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) - You must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Trenton R. Kashima
401 West Broadway, Suite 1760
San Diego, CA 92101
212-946-9389

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date:   7/18/23

John Morrill
*CLERK OF COURT*
S/              M. Williams
*Signature of Clerk or Deputy Clerk*