UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LINDA SUNDERLAND and BENJAMIN BINDER, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>PHARMACARE U.S., INC., et al.,<br><br>Defendants. | Case No.: 3:23-cv-01318-JES-AHG<br><br>**ORDER GRANTING JOINT MOTION TO EXTEND DEADLINE TO CONTACT THE COURT REGARDING DISCOVERY DISPUTE**<br><br>**[ECF No. 42]** |

Before the Court is the parties' joint motion to extend the deadline to raise discovery disputes with the Court. ECF No. 42. Under the Court's 45-Day Rule (*see* AHG.Chmb.R. at 2–3), the parties would have been required to bring any discovery dispute regarding Defendant's responses to Plaintiffs' discovery requests to the Court's attention by March 23, 2024. The parties seek an order from the Court extending the deadline slightly.

Parties seeking to continue deadlines must demonstrate good cause. Chmb.R. at 2 (stating that any request for continuance requires "[a] showing of good cause for the request"); *see also* FED. R. CIV. P. 6(b) ("When an act may or must be done within a specified time, the court may, for good cause, extend the time").

"Good cause" is a non-rigorous standard that has been construed broadly across procedural and statutory contexts. *Ahanchian v. Xenon Pictures, Inc.*, 624 F.3d 1253, 1259 (9th Cir. 2010). The good cause standard focuses on the diligence of the party seeking to amend the scheduling order and the reasons for seeking modification. *Johnson v. Mammoth Recreations, Inc.*, 975 F.2d 604, 609 (9th Cir. 1992) ("[T]he focus of the inquiry is upon the moving party's reasons for seeking modification. . . . If that party was not diligent, the inquiry should end.") (internal citation omitted).

Here, the parties have represented to the Court that they are actively meeting and conferring regarding Defendant's discovery responses. ECF No. 42 at 2. The parties further represent that they "are currently engaged in communications … to resolve any active issues" but believe they may need "additional time to clear up outstanding matters." *Id*. Hence, the parties seek an order from the Court extending the deadline raise their dispute by ten days, to facilitate a cooperative resolution. *Id*.

The Court appreciates that the parties have been working together to resolve their disputes without judicial intervention. Good cause appearing, the Court **GRANTS** the motion. ECF No. 42. Thus, the parties must bring any discovery dispute regarding Defendant's responses to Plaintiffs' Interrogatories, Requests for Admission, and Requests for Production to the Court's attention in the manner described in ECF No. 25 at ¶ 4 no later than **April 2, 2024**.

**IT IS SO ORDERED.**

Dated:  March 22, 2024

_____
Honorable Allison H. Goddard
United States Magistrate Judge