Trenton R. Kashima (SBN 291405)
**MILBERG COLEMAN BRYSON**
**PHILLIPS GROSSMAN PLLC**
402 West Broadway, Suite 1760
San Diego, CA 92101
Tel: (619) 810-7047
tkashima@milberg.com

*Attorneys for Plaintiffs and the Classes*

[Additional Counsel on Signature Page]

# UNITED STATES DISTRICT COURT

# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MONTIQUENO CORBETT and ROB DOBBS, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>PHARMACARE U.S., INC.,<br><br>Defendant. | Case No: 3:21-cv-00137-JES-AHG<br><br>**PLAINTIFF'S NOTICE OF MOTION AND MOTION FOR SANCTIONS**<br><br>Date:     September 25, 2024<br>Time:    10:00 a.m.<br>Judge:   Hon. James E. Simmons, Jr.<br>Ctrm:    Courtroom 4B |
| LINDA SUNDERLAND and BENJAMIN BINDER individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>PHARMACARE U.S., INC., a Delaware Corporation, and PHARMACARE LABORATORIES PTY LTD., an Australian company (dismissed),<br><br>Defendant. | Case No: 3:23-cv-01318-JES-AHG |

**TO THE CLERK OF THE SOUTHERN DISTRICT OF CALIFORNIA AND ALL COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that Plaintiffs Montiqueno Corbett and Rob Dobbs (the "*Corbett* Plaintiffs"), as well as Plaintiffs Linda Sunderland and Benjamin Binder (the "*Sunderland* Plaintiffs," collectively "Plaintiffs") hereby move in for sanctions against Defendant Pharmacare U.S., Inc. This Motion is noticed for hearing on September 25, 2024 at 10:00 a.m., before the Honorable James E. Simmons, Jr., in Courtroom 4B (Edward J. Schwartz Courthouse), 221 West Broadway San Diego, CA 92101.

Following the close of discovery, Defendant submitted discovery in the related *Sunderland et al. v. Pharmacare U.S., Inc.*, No. 3:23-cv-01318-JES-AHG ("*Sunderland*"), which directly contradicts the Defendant's testimony and declarations in this case. Additionally, Defendant failed to disclose the identity of a key witness, which was only recently disclosed in *Sunderland.* Put differently, Defendant offers two different and contradictory versions of material facts in related cases in order to avoid liability.

This Motion is based upon this Notice of Motion, the accompanying Memorandum of Points and Authorities, the Declaration of Trenton R. Kashima, and all accompanying papers, pleadings and records on file in this action, all other matters of which the court must or may take judicial notice, and any further evidence or argument that may be presented before or at the hearing on this Motion.

DATED: August 23, 2024

Respectfully submitted,

By: /s/ Trenton Kashima

Trenton Kashima (CA SBN No. 291405)
**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN PLLC**
401 West C St., Suite 1760
San Diego, CA 92101
Tel: (714) 651-8845

1 | tkashima@milberg.com

2 | Rachel Soffin (*pro hac vice*)
3 | Russell Busch (*pro hac vice*)
  | **MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN PLLC**
4 | First Horizon Plaza
  | 800 S. Gay Street, Suite 1100
5 | Knoxville, TN 37929
  | Tel: (865) 247-0080
6 | Email: rsoffin@milberg.com
  | Email: rbusch@milberg.com

7 |
8 | Nick Suciu III (*pro hac vice*)
  | **MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN PLLC**
9 | 6905 Telegraph Road, Suite 115
  | Bloomfield Hills, MI 48301
10 | Tel: (313) 303-3472
   | Email: nsuciu@milberg.com

11 |
12 | Martha Geer (*pro hac vice*)
   | Erin Ruben (*pro hac vice*)
   | **MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN PLLC**
13 |
14 | 900 West Morgan Street
   | Raleigh, NC 27603
   | Tel: (919) 600-5000
15 | Email: mgeer@milberg.com
   | Email: eruben@milberg.com

16 |
17 | *Attorneys for Plaintiffs and the Putative Classes*

- 2 -