UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LINDA SUNDERLAND, individually and on behalf of all others similarly situated, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>PHARMACARE U.S., INC.,<br><br>Defendant. | Case No.: 3:23-cv-01318-JES-AHG<br><br>**ORDER SETTING CASE MANAGEMENT CONFERENCE** |

Upon review of the docket (*see* ECF No. 106), the Court orders as follows:

1. The Court **SETS** a Case Management Conference ("CMC"), to set the remaining scheduling order deadlines, for **October 24, 2024** at **9:00 a.m.** before the Honorable Allison H. Goddard *via videoconference.*

   a. By **October 16, 2024**, the parties must submit a Joint Proposed Case Schedule to the Court via email (**not filed**) at efile_goddard@casd.uscourts.gov. Should the parties not agree on a schedule, they should indicate where (and how) they disagree.

   b. The parties are encouraged to list the attorneys attending the CMC in their email with the proposed schedule. Upon receipt of the Joint Proposed Case

      Schedule, court staff will thereafter send the Zoom invitation to all participants.

c. During the conference, all participants shall display the same level of professionalism during the conference and be prepared to devote their full attention to the conference as if they were attending in person, i.e., cannot be driving or in a car while speaking to the Court. Because Zoom may quickly deplete the battery of a participant's device, each participant should ensure that their device is plugged in or that a charging cable is readily available during the video conference.

d. Counsel are also advised that although the conference will take place on Zoom, all participants shall appear and conduct themselves as if it is proceeding in a courtroom, i.e., all participants must dress in appropriate courtroom attire.

**IT IS SO ORDERED.**

Dated: September 12, 2025

_____
Honorable Allison H. Goddard
United States Magistrate Judge