# EXHIBIT A

# Class Action Notice

*Sunderland v. Pharmacare U.S., Inc.*,

Case No. 3:23-cv-01318-JES (AHG)

United States District Court for the Southern District of California

*A U.S. District Court authorized this Notice. This is not a Solicitation from a lawyer.*

**If you purchased certain Sambucol Black Elderberry Dietary Supplements, a class action lawsuit may affect your rights**.

New York consumers who purchased certain Sambucol Black Elderberry Dietary Supplements sued Pharmacare U.S., Inc. ("Defendant"), alleging that Defendant violates New York consumer protection statutes and breaches express warranties by ~~advertising~~ selling certain Sambucol ~~Dietary Supplements were~~ ® branded elderberry supplements that include some combination of the following statements on their labels: (1) "Virologist Developed," ~~with a "~~; (2) "Developed by Dr Madeleine Mumcuoglu"; (3) "Developed by a world-renowned virologist, Sambucol® is the unique black elderberry extract~~"~~ that ~~was created using a "~~ has been used in scientific studies. By using a proprietary method of extraction,~~" when they contained only normal elderberry juice which has been around for centuries. The lawsuit seeks damages and penalties (*i.e.*, money) for all qualifying New York consumers who purchased the Sambucol Dietary Supplements.~~ only Sambucol® can guarantee consistent, immune supporting properties in every serving."; (4) "Developed by a world-renowned virologist, Sambucol®'s unique manufacturing process preserves and maximizes the naturally occurring health benefits of the Black Elderberry."; and (5) "Developed by a world-renowned virologist, Sambucol® has been trusted by millions worldwide. Sambucol can be taken every day for continuous immune support." (the "Challenged Representations").

Plaintiff claims that the Challenged Representations promise and/or mislead consumers into believing that Defendant's Sambucol® elderberry supplements contain an elderberry extract made using a process patented by Dr. Madeline Mumcuoglu, an Israeli virologist, designed to isolate certain antiviral proteins present in black elderberries, called lectins.  Plaintiff claims that the Sambucol® elderberry supplements instead contain standard elderberry juice, rather than the patented lectin-rich extract.

The lawsuit seeks damages and penalties (*i.e.*, money) for all qualifying New York consumers who, prior to March 31, 2023, purchased in New York one or more of the following Sambucol® branded elderberry supplements  (the "Products"): (1) Sambucol® Black Elderberry Original Syrup; (2)  Sambucol® Black Elderberry Sugar Free; (3) Sambucol® Black Elderberry Syrup for Kids; (4)  Sambucol® Black Elderberry Effervescent Tablets; (5) Sambucol® Black Elderberry Chewable Tablets; (6) Sambucol® Black Elderberry Pastilles; (7)  Sambucol® Black Elderberry Daily Immune Drink Powder; and (8) Sambucol® Black Elderberry Advance Immune Syrup.

Defendant denies all of the claims and allegations made in the lawsuit ~~and the Court has yet to decide the merits of the parties' claims~~.  The Court has not decided whether Defendant has in fact violated the law.  The sole purpose of this Notice is to inform you of the lawsuit so that you can make an informed decision as to whether you should participate in or opt out of this Class Action.  There is no money available now and no guarantee that there will be.

**Who is included?** The lawsuit includes a "Class" comprised of the following New York consumers:

> All persons who, before March 31, 2023, purchased in New York the Elderberry Original Syrup (120 ml and 230 ml), Sambucol Black Elderberry Sugar Free, Sambucol Black Elderberry Syrup for Kids, Sambucol Black Elderberry Effervescent Tablets, Sambucol Black Elderberry Chewable Tablets, Sambucol Black Elderberry Pastilles, Sambucol Black Elderberry Daily Immune Drink Powder, and Sambucol Black Elderberry Advanced Immune Syrup for personal or household use and not for resale.

**What are my options?** ~~You may~~**If you meet the criteria for membership in the Class, you** have a choice of whether to stay in this Class Action or not. If you do nothing, you are choosing to remain a member of the Class. If you **meet the criteria for membership in the Class and choose to** participate in this Class Action, you will retain the possibility of receiving money or other benefits that ~~result~~**may come** from **a** trial or settlement, but you will give up your individual right to sue Defendant for the same legal claims that were made, or could have been made, in this lawsuit. If you meet the criteria for class membership, but do not want to stay in the Class~~(es)~~, you ~~can~~**must** submit a request for exclusion. If you request exclusion, ~~and money or other benefits are ultimately awarded, you will not get a share of such award, but~~ you will be able to sue Defendant on your own behalf for the same legal claims made in this lawsuit **by retaining your own lawyer if necessary**. Any separate litigation you choose to bring may be subject to a statute of limitations, or other time-sensitive requirements. To request to be excluded, you must send a letter postmarked by **[date]** to: [INSERT] or you can email your letter to [INSERT]. Your letter must include your name, address, telephone number, email address, and signature. Instructions on how to exclude yourself and a sample exclusion letter is posted at www.[INSERT].com/[INSERT].

**Do I have a lawyer in this case?** The Court appointed ~~Nick Suciu III and Trenton R. Kashima, of Bryson, Harris, Suciu, and DeMay~~**Milberg Coleman Bryson Phillips Grossman** PLLC to represent you as "Class Counsel**.**" ~~to represent the Class in this case~~. You do not have to pay Class Counsel or anyone else to participate. If Class Counsel obtains money or other benefits for the Class, they may ask the Court for attorneys' fees and costs, which would be paid out of any money recovered for the Class or paid separately by Defendant. You may hire and pay for counsel of your choice to enter an appearance in the lawsuit or to intervene as an individual plaintiff, but it is not necessary. ~~Montiqueno Corbett and Rob Dobbs are Class members like you, and the~~**The** Court has appointed ~~them~~**Plaintiff** to serve as the "Class ~~Representatives~~**Representative**."

**What happens next?** The Court has not expressed any opinion as to whether the ~~allegations are accurate~~**Defendant has violated the law**. Class Counsel will have to prove the allegations at a trial that has not yet been scheduled. There is no money or other benefits available at this time, and no guarantee exists that there will be in the future.

A Detailed Notice further explaining the case and how to request exclusion is available at www.[INSERT].com/[INSERT]. If you want additional information regarding this case, periodic updates may be found at www.[INSERT].com. Additionally, you can access the court records regarding this case from the Court's Case Management/Electronic Case Filing System (CM/ECF) at https://www.casd.uscourts.gov/cmecf.aspx

# Class Action Notice

*Sunderland v. Pharmacare U.S., Inc.*,

Case No. 3:23-cv-01318-JES (AHG)

United States District Court for the Southern District of California

*A U.S. District Court authorized this Notice. This is not a Solicitation from a lawyer.*

**If you purchased certain Sambucol Black Elderberry Dietary Supplements, a class action lawsuit may affect your rights**.

New York consumers who purchased certain Sambucol Black Elderberry Dietary Supplements sued Pharmacare U.S., Inc. ("Defendant"), alleging that Defendant violates New York consumer protection statutes and breaches express warranties by ~~advertising~~**selling** certain Sambucol ~~Dietary Supplements were~~**® branded elderberry supplements that include some combination of the following statements on their labels (the "Challenges Representations"): (1)** "Virologist Developed,~~"~~ ~~with a~~ "**; (2) "Developed by Dr Madeleine Mumcuoglu"; (3) "Developed by a world-renowned virologist, Sambucol® is the** unique black elderberry extract~~"~~ that ~~was created using a~~ "**has been used in scientific studies. By using a** proprietary method of extraction,**"** ~~when they contained only normal elderberry juice which has been around for centuries.~~ **only Sambucol® can guarantee consistent, immune supporting properties in every serving."; (4) "Developed by a world-renowned virologist, Sambucol®'s unique manufacturing process preserves and maximizes the naturally occurring health benefits of the Black Elderberry."; and (5) "Developed by a world-renowned virologist, Sambucol® has been trusted by millions worldwide. Sambucol can be taken every day for continuous immune support." (the "Challenged Representations").**

**The individual who sued, Linda Sunderland (the "Plaintiff"), alleges that the Challenged Representations promise and/or mislead consumers into believing that Defendant's Sambucol® elderberry supplements contain an elderberry extract made using a process patented by Dr. Madeline Mumcuoglu, an Israeli virologist, designed to isolate certain antiviral proteins present in black elderberries, called lectins.  Plaintiff claims that the Sambucol® elderberry supplements instead contain standard elderberry juice, rather than the patented lectin-rich extract.**

The ~~individual who sued, Linda Sunderland (the "Plaintiff"), alleges that~~**lawsuit seeks damages and penalties (i.e., money) for all qualifying New York consumers who**, prior to March 31, 2023, ~~statements made on the labels~~ **purchased in New York one or more** of the following Sambucol® brand ~~black~~ elderberry ~~dietary~~ supplements (the "Products") ~~were false and misleading~~:

1. Sambucol® Black Elderberry Original Syrup
2. Sambucol® Black Elderberry Sugar Free
3. Sambucol® Black Elderberry Syrup for Kids
4. Sambucol® Black Elderberry Effervescent Tablets
5. Sambucol® Black Elderberry Chewable Tablets
6. Sambucol® Black Elderberry Pastilles
7. Sambucol® Black Elderberry Daily Immune Drink Powder
8. Sambucol® Black Elderberry Advance Immune Syrup

~~The lawsuit seeks damages and penalties (*i.e.*, money) for all qualifying New York consumers who purchased the Sambucol Dietary Supplements.~~

Defendant denies all of the claims and allegations made in the lawsuit ~~and the Court has yet to decide the merits of the parties' claims~~.  The Court has not decided whether Defendant has in fact violated the law.  The sole purpose of this Notice is to inform you of the lawsuit so that

you can make an informed decision as to whether you should participate in or opt out of this Class Action. There is no money available now and no guarantee that there will be.

The Honorable James E. Simmons, Jr., United States District Court Judge for the Southern District of California, ~~has approved Nick Suciu III and Trenton R. Kashima, of Bryson, Harris, Suciu and DeMay~~**Milberg Coleman Bryson Phillips Grossman** PLLC as counsel for the following Class:

> All persons who, before March 31, 2023, purchased in New York the Elderberry Original Syrup (120 ml and 230 ml), Sambucol Black Elderberry Sugar Free, Sambucol Black Elderberry Syrup for Kids, Sambucol Black Elderberry Effervescent Tablets, Sambucol Black Elderberry Chewable Tablets, Sambucol Black Elderberry Pastilles, Sambucol Black Elderberry Daily Immune Drink Powder, and Sambucol Black Elderberry Advanced Immune Syrup for personal or household use and not for resale.

The Court has not decided the merits of the claims in this case and a trial has not been scheduled. There is no guarantee of success and the form and type of relief available to the members of the class, if any, remains to be decided by the Court. However, your rights may be affected by the action, and you now have a choice to make.

**YOUR LEGAL RIGHTS AND OPTIONS IN THIS LAWSUIT:**

| | |
|---|---|
| **DO NOTHING** | Stay in this lawsuit and await the outcome. You share in possible benefits and give up right(s) to sue. By doing nothing, you retain the possibility of receiving a partial refund for the relevant Sambucol Black Elderberry Dietary Supplements that you purchased within the above stated time period or such other benefits that may come from a trial or a settlement but you will be bound by the decisions of the Court and give up your individual right to sue on your own about the same legal claims in this lawsuit **and any other claims that could have been brought in this lawsuit**. |
| **ASK TO BE EXCLUDED** | Get out of this lawsuit and receive no benefit(s), if any, from it. ~~Retain~~**You will retain** the right to proceed with your individual lawsuit by retaining your own lawyer. ~~If you ask to be excluded and money or benefits are later awarded, you will not share in the money and/or benefits. However, you retain any right(s) to sue on your behalf about the same legal claims as in this lawsuit.~? **if necessary. Any separate litigation you choose to bring may be subject to a statute of limitations, or other time-sensitive requirements.** |

This notice explains your options. **To be excluded from this case, you must act by [DATE].**

QUESTIONS OR COMMENTS? CALL [INSERT] TOLL FREE OR EMAIL [INSERT]@ [INSERT].COM. ADDITIONAL INFORMATION CAN BE FOUND AT WWW.[INSERT].COM**.**

## WHAT THIS NOTICE CONTAINS:

**BASIC INFORMATION**
1. Why was this notice issued?
2. What is a class action?
3. Why is this lawsuit a class action?

**THE CLAIMS IN THE LAWSUIT**
4. What does the lawsuit complain about?
5. How does Defendant answer?
6. Has the Court decided who is right?
7. What are the Plaintiffs/Class Representatives asking for?
8. Is there any money available now?

**WHO IS IN THE CLASS**
9. How do I know if I am part of this?
10. I'm still not sure if I am included.

**YOUR RIGHTS AND OPTIONS**
11. What happens if I do nothing at all?
12. What happens if I exclude myself?
13. How do I ask to be excluded?

**THE LAWYERS REPRESENTING YOU**
14. Do I have a lawyer in this case?
15. How will the lawyers be paid?
16. Should I get my own lawyer?

**THE TRIAL**
17. How and when will the Court decide who is right?
18. Do I have to come to the trial?
19. Will I get money after the trial or any settlement?

**GETTING MORE INFORMATION**
20. Are more details available?

## BASIC INFORMATION

1. **Why was this notice issued?**

A Court has "certified" that this case can proceed as a class action lawsuit. If you purchased certain Sambucol® **branded** Black Elderberry Dietary Supplements during a specified time period you may be included in the class action and have legal rights and options prior to the Court deciding whether the claims being made on your behalf will succeed or fail. This notice explains the lawsuit, who is affected, and all of your options.

Judge James E. Simmons Jr. of the United States District Court for the Southern District of California is currently overseeing this case. The case is known as *Sunderland v. Pharmacare U.S., Inc.,* Case No. 3:23-cv-01318 (AHG). The consumer who sued (Linda Sunderland) is called the Class Representative or Plaintiff. Pharmacare U.S., Inc., sells certain dietary supplements under the brand name Sambucol® and is called the Defendant.

2. **What is a class action?**

In a class action, one or more people sue on behalf of all persons who have substantially similar claims. Together, these persons are called a Class or Class Members. One court resolves the issues for all Class Members, except those who chose to exclude themselves from the Class.

3. **Why is this lawsuit a class action?**

The Court decided that certain claims in this lawsuit could move toward trial as a class action because the Class Members share common legal and factual issues. The Court determined that those common issues will drive resolution of the litigation for all Class Members because the ~~Plaintiffs'~~**Plaintiff's** claims are typical of the other Class Members. The Court analyzed the ~~Plaintiffs and their~~**Plaintiff and her** lawyers for conflicts of interest and capability before determining that they will fairly represent your interests. The case also qualified to proceed as a class action because thousands of consumers purchased the Sambucol® **branded** Black Elderberry Dietary Supplements that make the same alleged false and deceptive representations that are ~~key to the~~**at issue in this** case.

More information about why the Court is allowing this lawsuit to proceed as a class action can be found in the *Order Granting Motion for Class Certification*, available at www.[<mark>INSERT</mark>].com.

## THE CLAIMS IN THE LAWSUIT

4. **What does the lawsuit complain about?**

**The "Plaintiff" alleges that, Defendant violates New York consumer protection statutes and breaches express warranties by selling certain Sambucol® branded elderberry supplements that include some combination of the following statements on their labels (the "Challenges Representations"):**

- **"Virologist Developed"**

- **"Developed by Dr Madeleine Mumcuoglu"**

- **"Developed by a world-renowned virologist, Sambucol® is the unique black elderberry extract that has been used in scientific studies. By using a proprietary method of extraction, only Sambucol® can guarantee consistent, immune supporting properties in every serving."**

- **"Developed by a world-renowned virologist, Sambucol®'s unique manufacturing process preserves and maximizes the naturally occurring health benefits of the Black Elderberry."**

- **"Developed by a world-renowned virologist, Sambucol® has been trusted by millions worldwide. Sambucol can be taken every day for continuous immune support."**

**Plaintiff claims that these Challenged Representations promise and/or mislead consumers into believing that Defendant's Sambucol® branded elderberry supplements contain an elderberry extract made using a process patented by Dr. Madeline Mumcuoglu, an Israeli virologist, designed to isolate certain antiviral proteins present in black elderberries, called lectins. Plaintiff claims that the Sambucol® elderberry supplements instead contain standard elderberry juice, rather than the patented lectin-rich extract.**

**Plaintiff alleged violations of New York's General Business Law, sections 349 and 350, and asserts claims for breach of express warranty.**

~~The "Plaintiff" alleges that~~**Under these claims, Class Members who**, prior to March 31, 2023, ~~statements made on the labels~~**purchased in New York one or more** of the following Sambucol® ~~brand black~~**branded** elderberry ~~dietary~~ supplements (the "Products") ~~were false and misleading~~**can seek damages and/or penalties**:

1. Sambucol® Black Elderberry Original Syrup

2. Sambucol® Black Elderberry Sugar Free

3. Sambucol® Black Elderberry Syrup for Kids

4. Sambucol® Black Elderberry Effervescent Tablets

5. Sambucol® Black Elderberry Chewable Tablets

6. Sambucol® Black Elderberry Pastilles

7. Sambucol® Black Elderberry Daily Immune Drink Powder

8. Sambucol® Black Elderberry Advance Immune Syrup

~~Plaintiff on behalf of New York consumers who purchased certain Sambucol Black Elderberry Dietary Supplements sued Pharmacare U.S., Inc. ("Defendant"), allege that Defendant misleadingly advertising certain Sambucol Dietary Supplements were "Virologist Developed," with a "unique black elderberry extract" that was created using a "proprietary method of extraction," when they contained only normal elderberry juice which has been around for centuries.~~

~~Accordingly, Plaintiff alleged violations of New York's General Business Law, sections 349 and 350, as well as for breach of express warranty.~~

~~Under these claims, Class Members can seek damages and/or penalties.~~

The Court has certified Plaintiff's claims for class litigation. This allows the Plaintiff to represent the Class identified below for asserting these legal claims.

A copy of *Plaintiff's Complaint* can be found at www.[INSERT].com.

**5. How does Defendant answer?**

Defendant denies all of the claims and allegations made by Plaintiff. Specifically, Defendant denies that they have made any misrepresentations that are false or misleading or that have resulted in damages to consumers. **Defendant further denies that the Challenged Representations, whether considered individually or collectively, claim or promise that the elderberry extract present in the Products was made using the method for isolating lectins from *Sambucus Nigra* (black elderberry) described in the 1988 patent issued to Israeli virologist, Dr. Madeline Mumcuoglu.** [INSERT]

A copy of *Defendant's Answer to Plaintiffs' Second Amended Complaint* can be found at www.[INSERT].com.

**6. Has the Court decided who is right?**

No. The Court has not decided whether the Plaintiff or Defendant are legally correct. By allowing the Class and ordering that this Notice be provided, the Court is not suggesting the Plaintiff will win or lose this case through trial. Plaintiff must prove her case at a trial which has not been scheduled.

**7. What ~~are~~is the ~~Plaintiffs~~Plaintiff/Class ~~Representatives~~Representative asking for?**

The Plaintiff is seeking to recover money for the Class. Specifically: (1) damages in the amount of price premium paid by Class Members due to the ~~claims~~**allegedly false Challenged Representations** and/or statutory damages; (2) interest on the amount Class members are awarded; and (3) reasonable attorneys' fees, costs, and expenses as approved by the Court.

**8. Is there any money available now?**

No. There is no money or benefits available now because the Court has not yet decided whether Defendant violated the law and the Plaintiff and Defendant have not settled the case. There is no guarantee that any money will ever be awarded or obtained. If they are, you will be notified about how to ask for your share (unless you ask to be excluded from the Classes).

**WHO IS IN THE CLASS**

**9. How do I know if I am part of this?**

The Court decided to certify the following Class. If you are included in ~~one of~~ the following Class, **of consumer** you are a Class member in this case.

> All persons in who, before March 31, 2023, purchased in New York the Elderberry Original Syrup (120 ml and 230 ml), Sambucol Black Elderberry Sugar Free, Sambucol Black Elderberry Syrup for Kids, Sambucol Black Elderberry Effervescent Tablets, Sambucol Black Elderberry Chewable Tablets, Sambucol Black Elderberry Pastilles, Sambucol Black Elderberry Daily Immune Drink Powder, and Sambucol Black Elderberry Advanced Immune Syrup for personal or household use and not for resale.

### 10. I'm still not sure if I am included.

If you are still not sure whether you are included, you can call (toll free) [INSERT], or write to [INSERT], [INSERT], or email [INSERT]@[INSERT].com for more information.

**YOUR RIGHTS AND OPTIONS**

You have to decide whether to stay in the Class or whether to exclude yourself from it.

### 11. What happens if I do nothing at all?

If you fall within the class definition set forth above, you are a class member. If the Plaintiff ~~obtain~~**obtains** money or benefits from Defendant—either as a result of a trial or a settlement—you may be eligible to receive a share. However, you will be legally bound by all of the decisions that the Court makes and regardless of whether the Plaintiff win or lose the case, you will not be able to sue, or continue to sue, Defendant for the same legal claims **that were made or could have been** made in this lawsuit ever again.

### 12. What happens if I exclude myself?

If you meet the criteria for Class Membership but exclude yourself from the Class and the Class receives money or benefits—either as a result of a trial or a settlement—you will not get any of that money or those benefits. However, you will not be legally bound by any of the Court's orders or judgments, and you will be allowed to sue, or continue to sue, Defendant on your own behalf about the same legal claims that are involved in this case, now or in the future.

If you do pursue your own lawsuit after you exclude yourself, you may need to hire and pay your own lawyer for that case, and you'll have to prove your claims without the benefit of the work performed by Class Counsel in this case. Any separate litigation you choose to bring may be subject to a statute of limitations, or other time-sensitive requirements.

### 13. How do I ask to be excluded?

To exclude yourself from the Class, you must send an email to **OR** mail a letter stating that you want to be excluded from the Class in *Sunderland v. Pharmacare U.S., Inc.,* Case No. 3:23-cv-01318-JES (AHG). Your e-mail or letter also must include your name, address, telephone number, email address, and signature.

You must send your e-mail or mail your letter postmarked by [DATE], Letters must be sent to: [INSERT], [INSERT]. Alternatively, you can email your letter to [INSERT]@[INSERT].com.

A sample exclusion form is available at www.[INSERT].com/[INSERT].

14. **Do I have a lawyer in this case?**

The Court appointed ~~Nick Suciu III and Trenton R. Kashima, of Bryson, Harris, Suciu, and DeMay~~**Milberg Coleman Bryson Phillips Grossman** PLLC to represent you as "Class Counsel." More information about Class Counsel is available on this website. Class Counsel are experienced in handling consumer class action cases. Complete contact information for Class Counsel is:

**[INSERT MAILING ADDRESS, PHONE AND EMAIL FOR MILBERG FIRM]**

~~BRYSON, HARRIS, SUCIU & DEMAY PLLC~~
~~900 West Morgan Street~~
~~Raleigh, NC 27603~~
~~(844) 201-2929~~
~~ElderberryClassNotice@brysonpllc.com~~

15. **How will the lawyers be paid?**

If Class Counsel obtains money or benefits for the Class, they will ask the Court for an award of attorneys' fees, costs, and expenses. You don't have to pay any of these fees and expenses. If the Court grants Class Counsel's request, the fees and expenses would be deducted from the money obtained for the Class or paid separately by Defendant.

16. **Should I get my own lawyer?**

You do not need to hire your own lawyer because Class Counsel is working on your behalf. If you want your own lawyer, you will have to pay for that lawyer. You can ask him or her to appear in Court for you if you want someone other than Class Counsel to speak for you in this case. You may also retain and pay for counsel of your choice to enter an appearance in the lawsuit or to intervene as an individual plaintiff, although doing so is unnecessary.

**THE TRIAL**

17. **How and when will the Court decide who is right?**

If the case is not dismissed or settled, the ~~Plaintiffs~~**Plaintiff** will have to prove ~~their~~**her** claims at a trial, at a time and place to be set. The trial may be announced or moved to a different date or time without additional notice, so it is a good idea to check this website. During the trial, the Judge will hear the evidence so that a decision can be made about whether the ~~Plaintiffs~~**Plaintiff** or Defendant are correct about the claims of the lawsuit. There is no guarantee that the ~~Plaintiffs~~**Plaintiff** will win or that ~~they~~**she** will be awarded any money or benefits for the Class.

18. **Do I have to come to the trial?**

No, you will not need to attend the trial unless you choose to do so or you are asked to attend by the Court. Class Counsel will present the case for the ~~Plaintiffs~~**Plaintiff** and the Class and the lawyers for Defendant will present their defenses. You and/or your own lawyer are welcome to attend the trial, at your own expense.

### 19. Will I get money after the trial or any settlement?

If the ~~Plaintiffs obtain~~**Plaintiff obtains** money or benefits as a result of the trial or a settlement, you will be notified about how to request a share of the proceeds or your other options at that time. Important information about the case will be posted on this website as it becomes available.

**GETTING MORE INFORMATION**

### 20. Are more details available?

The following documents related to the case can be found on this website including: (1) the notice of Ruling on Plaintiff's Motion for Class Certification; (2) Plaintiff's Class Action Complaint; and (3) Defendant's Answer to the First Amended Complaint.

You may also call [INSERT] for more information or write to [INSERT], [INSERT], [INSERT] or email [INSERT]@[INSERT].com. Additionally, you can access the court records regarding this case from the Court's Case Management/Electronic Case Filing System (CM/ECF) at https://www.casd.uscourts.gov/cmecf.aspx.

Class Counsel also welcomes the opportunity to elaborate on the claims in the lawsuit, explain how it is proceeding, and learn more about Class member experiences. You can contact Class Counsel at ~~(844) 201-2929~~ or email ~~ElderberryClassNotice@brysonpllc.com~~ **[INSERT PHONE AND EMAIL FOR MILBERG FIRM]**