| | |
|---|---|
| 1 | Trenton R. Kashima (SBN 291405) |
| 2 | **BRYSON HARRIS SUCIU & DEMAY PLLC** |
| 3 | 19800 MacArthur Blvd., Suite 270<br>Irvine, CA 92612 |
| 4 | (212) 946-9389<br>tkashima@brysonpllc.com |
| 5 | *Attorneys for Plaintiffs* |
| 6 | *and the Class* |
| 7 | [Additional Counsel Listed On Signature Page] |

# UNITED STATES DISTRICT COURT

# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LINDA SUNDERLAND and BENJAMIN BINDER individually and on behalf of all others similarly situated, | Case No:3:23-cv-01318-JES-AHG |
| Plaintiffs, | **PLAINTIFFS' NOTICE OF MOTION AND MOTION TO SUBSTITUTE CLASS REPRESENTATIVES AND FOR LEAVE TO FILE FIRST AMENDED COMPLAINT, AND MEMORANDUM IN SUPPORT** |
| v. | |
| PHARMACARE U.S., INC., a Delaware Corporation, | |
| Defendant. | Date: February 4, 2026<br>Time: 10:00 a.m.<br>Judge: Hon. James E. Simmons, Jr.<br>Ctrm: Courtroom 4B |

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that on February 4, 2026 at 10:00 a.m. via videoconference, or as soon thereafter as the matter may be heard, Plaintiffs will, and hereby do, move this court for an order granting leave to file an amended complaint for the purposes of adding LaReese Wilson and Melanie Wohl as new named plaintiffs and substituting them as class representatives for the New York Class.

This motion is made pursuant to federal rules of civil procedure rule 15(a), 16(b)(4), and 23(a)(3) and (4), (c)(1)(c), and (d)(1)(e). Good cause exists to permit amendment of the complaint to substitute Linda Sunderland and add LaReese Wilson and Melanie Wohl as class representatives in this action.

This motion is based upon this notice, the accompanying memorandum and declarations, and upon records on file in this action and any argument or evidence that may be considered at a hearing on this Motion.

Dated: December 29, 2025                    Respectfully submitted,

By: /s/ Trenton Kashima

Trenton R. Kashima (SBN 291405)
**BRYSON HARRIS SUCIU & DEMAY PLLC**
19800 MacArthur Blvd., Suite 270
Irvine, CA 92612
(212) 946-9389
tkashima@brysonpllc.com

Nick Suciu III*
**BRYSON HARRIS SUCIU & DEMAY PLLC**
6905 Telegraph Road, Suite 115
Bloomfield Hills, MI 48301
Tel: (616) 678-2180
nsuciu@brysonpllc.com

- 2 -

| | |
|---|---|
| 1 | Martha Geer (*pro hac vice*) |
| 2 | Luis Cardona (*pro hac vice*) |
|   | **BRYSON HARRIS SUCIU** |
| 3 | **& DEMAY PLLC** |
|   | 900 West Morgan Street |
| 4 | Raleigh, NC 27603 |
|   | Tel: (919) 600-5000 |
| 5 | mgeer@brysonpllc.com |
|   | lcardona@brysonpllc.com |

*Attorneys for Plaintiffs and the Class*