1  Trenton R. Kashima (SBN 291405)
2  **BRYSON HARRIS SUCIU & DEMAY, PLLC**
3  402 West Broadway, Suite 1760
   San Diego, CA 91942
4  Telephone: (212) 946-9389
   Email: tkashima@brysonpllc.com

5  *Attorney for Plaintiffs and the Class*

6  [*Additional attorneys on signature page*]
7

8  **UNITED STATES DISTRICT COURT**

9  **FOR THE NORTHERN DISTRICT OF CALIFORNIA**

10

11  Case No: 3:23-cv-01318-JES-AHG

12  LINDA SUNDERLAND and BENJAMIN BINDER individually and on behalf of all others similarly situated,

   **DECLARATION OF TRENTON KASHIMA IN SUPPORT OF PLAINTIFFS' MOTION TO SUBSTITUTE CLASS REPRESENTATIVE AND FOR LEAVE TO FILE FIRST AMENDED COMPLAINT AND MEMORANDUM IN SUPPORT**

13
14  Plaintiffs,
15  v.
16  PHARMACARE U.S., INC., a Delaware Corporation,
17  Defendant.

   Date:  February 4, 2026
   Time:  10:00 a.m.
   Judge: Hon. James E. Simmons, Jr.
   Ctrm:  Courtroom 4B

18
19
20
21
22
23
24
25
26
27
28

I, Trenton R. Kashima, hereby declare as follows:

1. I, Trenton R. Kashima, am a Partner at the law firm of Bryson Harris Suciu & DeMay, PLLC, attorneys for Plaintiffs in the above captioned case. I have personal knowledge of the matters set forth herein, based on my active participation in this litigation and the firm's records. If called upon, I could and would testify competently to the facts herein based upon my personal involvement in this case. I submit this declaration in support of the Plaintiffs' Motion to Substitute Class Representative and for leave to file the First Amended Complaint.

2. Plaintiffs seek to amend the Complaint to add new named plaintiffs, LaReese Wilson and Melanie Wohl, and substitute Linda Sunderland as Class Representatives. A true and correct copy of the redlined version of the proposed First Amended Complaint is attached as Exhibit A.

3. On Monday, November 10, 2025, Ms. Sunderland emailed a paralegal in our office to notify the firm that she was going through a personal emergency and no longer wished to participate in this lawsuit.

4. On Tuesday, November 11, 2025, our office scheduled a call with Ms. Sunderland to take place on Tuesday, November 18, 2025, to identify Ms. Sunderland's concerns and determine whether our office could do anything to facilitate her continued ability to act as Class Representative or, barring that, to inform Ms. Sunderland of the next steps in withdrawing from the case.

5. On Tuesday, November 18, 2025, the morning of the scheduled call with Ms. Sunderland, Ms. Sunderland emailed our office canceling the call, reiterating her wish to stop participating in the lawsuit citing medical issues and did not want to discuss the matter further. Since then, our firm has not had any communications with Ms. Sunderland.

6. On December 5, 2025, the Parties in this Action submitted an Opposed Joint motion regarding Plaintiffs' request for continuance, in which Plaintiffs informed

the Court that the New York Class Representative, Ms. Linda Sunderland, was no longer willing or able to act as Class Representative anymore

7. On December 7, 2025, the Court entered an order granting in part and denying in part Plaintiffs' Motion for Continuance in which the Court extended certain deadlines regarding class notice. The Court also found good cause to grant Plaintiffs' request seeking an extension of the scheduling order for filing a motion to amend the complaint to substitute the class representative.

8. Since November 20, 2025, Plaintiffs' Counsel diligently began searching for a substitute New York Plaintiff. Class Counsel was diligent in vetting and interviewing class members who expressed interest in serving as representatives.

9. Plaintiffs' Counsel located and determined that LaReese Wilson and Melanie Wohl are members of the New York Class. LaReese Wilson and Melanie Wohl agreed to accept the responsibilities and duties of a class representative and provide information to allow the amendment of the operative class complaint.

10. Plaintiffs' Counsel also promptly began working with LaReese Wilson and Melanie Wohl in order to prepare and submit their declarations demonstrating their adequacy and typicality to serve as class representatives.

I declare under penalty of perjury, under the laws of the United States, that the foregoing is true and correct.

Executed on 29th day of December 2025 in San Diego, California.

    /s/ *Trenton R. Kashima*
    Trenton R. Kashima