Trenton R. Kashima (SBN 291405)
**BRYSON HARRIS SUCIU & DEMAY PLLC**
19800 MacArthur Blvd., Suite 270
Irvine, CA 92612
(212) 946-9389
tkashima@brysonpllc.com

*Attorneys for Plaintiffs and the Putative Classes*

[Additional Counsel Listed On Signature Page]

# UNITED STATES DISTRICT COURT

# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LINDA SUNDERLAND and BENJAMIN BINDER individually and on behalf of all others similarly situated,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>PHARMACARE U.S., INC., a Delaware Corporation,<br><br>　　　　Defendant. | Case No:3:23-cv-01318-JES-AHG<br><br>**DECLARATION OF MELANIE WOHL** |

## NOTICE OF MOTION AND MOTION

I, Melanie Wohl, declare as follows:

1. I am over the age of 18 and am seeking to substitute the named plaintiff and class representative in the above-captioned litigation.

2. The facts contained in this declaration are based upon my personal knowledge and if called upon to do so, I could and would testify competently hereto.

3. I am, and at all times relevant to this Action, a resident of Melville, New York.

4. From around April 2020, I purchased Sambucol Elderberry supplement line of products. Specifically, I intermittently purchased the Sambucol Elderberry Syrup from local pharmacies every couple of months.

5. I believe that the Sambucol Products were virologist developed due to the language on the label and the packaging. I purchased the Sambucol products based on these beliefs.

6. My understanding is that the Court's permission is required before I can participate in this litigation. Specifically, I was informed that the Court's permission would be required to substitute the Class Representative and named plaintiff.

7. I was also informed that, if allowed to substitute the class representative, I would serve as a "Class Representative", representing other consumers who purchased similar Class Products in New York.

8. As a class representative, I have been advised of (and fully understand) my duties to the class, as it pertains to both litigation and settlement. I understand that I represent the interests of the other class members, and as a plaintiff class representative it is my duty to monitor and remain appraised of important matters occurring during the course of this litigation. Moreover, I understand that, as part of this litigation, I will be required to answer questions and collect documents, maybe be required to sit for a

- 1 -

DECLARATION OF MELANIE WOHL                                      Case No. 3:23-cv-01318-JES-AHG

deposition, and if necessary, may be required to appear and testify at a trial in this Action.

9. After learning of these responsibilities as a named plaintiff and Class Representative, I remain interested in participating in this litigation. I will be available to answer questions during discovery, including sitting for a deposition. I will zealously represent the interest of the absent class members based on their purchases of similar Class Products in New York.

10. I believe that my claims are typical of those of absent class members who purchased similar Class Products in New York. Specifically, I purchased the Sambucol Elderberry Syrup due to the language on the label and the packaging stating that it was virologist developed. Had I known that the Products were not virologist developed, I would either have not purchased the Products or would have paid substantially less for them.

11. I ask the Court's permission to participate in this litigation as named plaintiff and Class Representative to represent similarly situated individuals in New York, who all purchased the Class Products and suffered damages in the same manner.

I declare under penalty of perjury under the laws of the State of New York and the United States of America that the foregoing is true and correct.

Executed on  12/28/2025

*Melanie Wohl*
Melanie Wohl (Dec 28, 2025 15:53:15 EST)

Melanie Wohl

# Declaration Melanie Wohl

Final Audit Report                                    2025-12-28

| | |
|---|---|
| Created: | 2025-12-28 |
| By: | Luis Cardona (lcardona@brysonpllc.com) |
| Status: | Signed |
| Transaction ID: | CBJCHBCAABAA-WqyI19whJ1Bx4FOCc3ka8w7G2qjcnR1 |

## "Declaration Melanie Wohl" History

- Document created by Luis Cardona (lcardona@brysonpllc.com)
  2025-12-28 - 8:50:34 PM GMT

- Document emailed to Melanie Wohl (melania007@aol.com) for signature
  2025-12-28 - 8:50:38 PM GMT

- Email viewed by Melanie Wohl (melania007@aol.com)
  2025-12-28 - 8:51:28 PM GMT

- Document e-signed by Melanie Wohl (melania007@aol.com)
  Signature Date: 2025-12-28 - 8:53:15 PM GMT - Time Source: server

- Agreement completed.
  2025-12-28 - 8:53:15 PM GMT

Adobe Acrobat Sign