SEYFARTH SHAW LLP
Giovanna A. Ferrari (SBN 229871)
gferrari@seyfarth.com
560 Mission Street, 31st Floor
San Francisco, California 94105
Telephone:   (415) 397-2823
Facsimile:    (415) 397-8549

SEYFARTH SHAW LLP
Joseph J. Orzano (SBN 262040)
jorzano@seyfarth.com
Seaport East, Suite 1200
Two Seaport Lane
Boston, MA 02210
Telephone: (617) 946-4800
Facsimile: (617) 946-4801

SEYFARTH SHAW LLP
Aaron Belzer (SBN 238901)
abelzer@seyfarth.com
2029 Century Park East, Suite 3500
Los Angeles, CA 90067-3201
Telephone: (310) 277-7200
Facsimile: (310) 201-5219

Attorneys for Defendant
PHARMACARE U.S., INC.

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LINDA SUNDERLAND, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>PHARMACARE U.S., INC., a Delaware Corporation,<br><br>Defendant. | Case No. 3:23-cv-01318-JES-AHG<br><br>**DECLARATION OF JOSEPH J. ORZANO IN OPPOSITION TO PLAINTIFF'S MOTION TO SUBSTITUTE CLASS REPRESENTATIVES AND FOR LEAVE TO FILE FIRST AMENDED COMPLAINT**<br><br>Date:  February 18, 2026<br>Time:  1:00 p.m.<br>Judge:  Hon. James E. Simmons, Jr.<br>Crtrm:  Courtroom 4B |

ORZANO DECLARATION IN OPPOSITION TO MOTION TO SUBSTITUTE
CASE NO. 3:23-CV-01318-JES-AHG

I, Joseph J. Orzano, declare:

1.      I am attorney at law duly licensed to practice before all courts of the State of California.  I am a partner at the law firm of Seyfarth Shaw LLP.  I have personal knowledge of the matters set forth below and if called as a witness, I could and would competently testify thereto.  I submit this declaration in opposition to the Motion for to Substitute Class Representative and for Leave to File First Amended Complaint ("Motion") filed by Plaintiff Linda Sunderland ("Plaintiff").

2.      Plaintiff filed her original Complaint on July 18, 2023.  ECF No. 1.

3.      Since then, the Parties completed fact discovery, with the exception of Plaintiff's overdue responses to Pharmacare U.S., Inc.'s ("PharmaCare") second set of written discovery, discussed further below.  The Parties also completed class certification expert discovery, class certification, class notice briefing and merits experts designations.

4.      Merits expert reports are due on February 20, 2026, two days after the hearing on Plaintiff's Motion.  ECF No. 134.

5.      Merits rebuttal expert disclosures are due March 2, 2026.  *Id.* The pretrial motion deadline is May 22, 2026.  *Id.* A settlement conference is scheduled for July 27, 2026.  And a pretrial conference is scheduled for September 30, 2026.  *Id.*

6.      Attached hereto as **Exhibit A** are true and correct copies of Defendant PharmaCare U.S., Inc.'s first set of written discovery to Plaintiff, served on December 6, 2023.

7.      Attached hereto as **Exhibit B** are true and correct copies of the Plaintiff's responses to PharmaCare's first set of written discovery, served on January 5, 2024. Plaintiff also produced documents on January 5, 2024.

8.      On February 27, 2024, PharmaCare deposed Plaintiff.  Counsel for PharmaCare traveled from Boston to New York City to conduct the deposition.

2

ORZANO DECLARATION IN OPPOSITION TO MOTION TO SUBSTITUTE
CASE NO. 3:23-CV-01318-JES-AHG

9.      On September 19, 2024, Plaintiff filed her Motion for Class Certification. ECF No. 68-1.

10.     In support of her Motion for Class Certification, Plaintiff submitted a declaration dated September 18, 2024.  ECF No. 68-18.  In the declaration, Plaintiff agreed to make herself available for trial.  *Id.* Plaintiff also swore that she knew of no reason why she could not do so in the future.  *Id.*

11.     On October 25, 2024, PharmaCare filed its Opposition to Plaintiff's Motion for Class Certification.  ECF No. 84.

12.     A substantial portion of PharmaCare's Opposition was based on the Plaintiff's discovery responses and deposition testimony.  *E.g.,* ECF No. 68-18, at 4-6; 10-15; 18-20.  PharmaCare's damages/economics expert, Keith Ugone, relied upon deposition testimony provided by Plaintiff in rebutting the opinions of Plaintiff's experts.  ECF No. 89 , Ex. J. at 9 n. 23, and Exhibit 3 thereto.

13.     On November 22, 2024, Plaintiff filed her Reply in support of her Motion for Class Certification.  ECF No. 94.

14.     In support of her Reply, Plaintiff submitted a declaration dated November 19, 2024.  ECF No. 94-15.  In the declaration, Plaintiff swore that she had consistent communications with class counsel.  *Id.*  Plaintiff also again agreed to make herself available for trial.  *Id.*  Plaintiff also again swore that she knew of no reason why she could not do so in the future.  *Id.*

15.     On January 15, 2025, counsel for the Parties appeared for a hearing on Plaintiff's Motion for Class Certification.

16.     On September 12, 2025, the Court entered an order granting in part and denying part Plaintiff's Motion for Class Certification.  ECF. No. 106.  The Court certified a New York class of all persons in New York who, before March 31, 2023, purchased several Sambucol® elderberry dietary supplements for personal or household use and not for resale.  *Id.* at 4, 17.

ORZANO DECLARATION IN OPPOSITION TO MOTION TO SUBSTITUTE
CASE NO. 3:23-CV-01318-JES-AHG

17. On October 24, 2025, counsel for Plaintiff Sunderland and PharmaCare appeared for a case management conference. ECF. No. 116.

18. Thereafter, the Court issued a scheduling order providing deadlines for class notice and other deadlines. *Id*.

19. On November 11, 2025, Plaintiff's counsel provided proposed class notice language to PharmaCare's counsel.

20. Attached hereto as **Exhibit C** are true and correct copies of PharmaCare's second set of written discovery to Plaintiff, served on November 14, 2025.

21. On November 19, 2025, PharmaCare served a response to Plaintiff's proposed class notice language with its objections and proposed revised notice language.

22. On November 20, 2025, Plaintiff's counsel, Nick Suciu, informed me on a telephone call that Plaintiff was refusing to move forward with the case. Mr. Suciu stated that Plaintiff's counsel found out that Plaintiff refused to move forward the day before, on November 19, 2025.

23. That is, Plaintiff's counsel informed me that they found out Plaintiff refused to proceed with the case four days after PharmaCare served its second set of discovery to Plaintiff.

24. A true and correct copy of my November 21, 2025 email confirming my conversation with Mr. Suciu on November 20, 2025 is attached hereto as **Exhibit D**.

25. A true and correct copy of Plaintiff's counsel's November 21, 2025, response to my November 21, 2025 email is attached hereto as **Exhibit E**.

26. The Parties then conferred on Plaintiff's refusal to proceed with this case and on December 5, 2025, Plaintiff filed a Joint Motion in which Plaintiff requested, and PharmaCare opposed, a request to extend class notice deadlines. ECF No. 121.

27. On December 7, 2025, the Court granted in part and denied in part, Plaintiff's requested relief. ECF No. 122. The Court modified the deadlines related to class notice that had already passed and extended the deadline for Plaintiff to file a

ORZANO DECLARATION IN OPPOSITION TO MOTION TO SUBSTITUTE
CASE NO. 3:23-CV-01318-JES-AHG

motion to substitute a class representative to December 29, 2025. *Id.* The Court otherwise left the case schedule in place. *Id.*

28.    Plaintiff's responses to PharmaCare's second set of written discovery were due December 15, 2025. Plaintiff did not serve objections or responses to PharmaCare's second set of discovery, and did not produce any documents. Neither Plaintiff nor her counsel requested an extension to respond.

29.    Plaintiff filed a Joint Motion Regarding Approval of Class Notice as required on December 18, 2025. ECF No. 126. The Joint Motion sets forth several disputes with respect Plaintiff's proposed class notice plan and notice forms. *Id.*

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 4th day of February, 2025 at Boston, Massachusetts.

*/s/ Joseph J. Orzano*
Joseph J. Orzano

323370677v.1

5

ORZANO DECLARATION IN OPPOSITION TO MOTION TO SUBSTITUTE
CASE NO. 3:23-CV-01318-JES-AHG