# EXHIBIT E

McDermott, Janine

| | |
|---|---|
| **From:** | Trent Kashima <TKashima@brysonpllc.com> |
| **Sent:** | Friday, November 21, 2025 10:09 AM |
| **To:** | Orzano, Joe; Nick Suciu |
| **Cc:** | Martha Geer; Russell Busch; Luis Cardona; Tiffany Kuiper; Belzer, Aaron; Butler, Lawrence; Ferrari, Giovanna |
| **Subject:** | Re: Sunderland v. PharmaCare - Proposed Notice |

**This Message Is From an External Sender**
This message came from outside your organization.

Joe,

Without disclosing confidential communications, Ms. Sunderland has had some personal issues arise and has refused to move forward with case or cooperate with counsel.  We made numerous efforts to try to reengage with Ms. Sunderland, but have been unsuccessfully.  This will be reflected in our Motion.

Thanks,

Trent

## BRYSON
HARRIS · SUCIU · DEMAY

**Trenton R. Kashima**

Partner

Confidentiality Notice: This message contains information which may be confidential and privileged. Unless you are the addressee (or authorized to receive for the addressee), you may not use, copy or disclose to anyone the message or any information contained in the message. If you have received the message in error, please advise the sender by reply e-mail and delete the message.

**From:** Orzano, Joe <JOrzano@seyfarth.com>
**Sent:** Friday, November 21, 2025 12:38 PM
**To:** Nick Suciu <NSuciu@brysonpllc.com>
**Cc:** Martha Geer <MGeer@brysonpllc.com>; Russell Busch <Rbusch@brysonpllc.com>; Luis Cardona <LCardona@brysonpllc.com>; Tiffany Kuiper <TKuiper@brysonpllc.com>; Belzer, Aaron <ABelzer@seyfarth.com>; Butler, Lawrence <LButler@seyfarth.com>; Ferrari, Giovanna <GFerrari@seyfarth.com>; Trent Kashima <TKashima@brysonpllc.com>
**Subject:** Sunderland v. PharmaCare - Proposed Notice

Nick,

Thanks for your call yesterday.  Based on our call, we understand that Linda Sunderland is refusing to move forward in this case, and that you plan to move to continue deadlines related to class notice to allow time for you to try to find another named plaintiff.

1

Based on the information we have been provided to date, we would oppose such a motion. Ms. Sunderland is presently a party to this lawsuit, and we have not been provided any details regarding Ms. Sunderland's stated refusal to participate further. Please explain the circumstances around Ms. Sunderland's refusal to participate in the case, and the reasons for her refusal to move forward.

At this time, we believe that any issues regarding Ms. Sunderland's refusal to participate in the lawsuit can be raised in our joint motion on class notice.  We note that the joint motion is not due until December 16, nearly a month after you stated you learned of her refusal to move forward.

I'm available this afternoon if you would like to discuss further.

Best,

Joe

**Joseph Orzano** | Partner | Seyfarth Shaw LLP
Seaport East | Two Seaport Lane, Suite 1200 | Boston, Massachusetts 02210-2028
Direct: +1-617-946-4952
JOrzano@seyfarth.com | [www.seyfarth.com](http://www.seyfarth.com)



CONFIDENTIALITY WARNING:  This email may contain privileged or confidential information and is for the sole use of the intended recipient(s).  Any unauthorized use or disclosure of this communication is prohibited.  If you believe that you have received this email in error, please notify the sender immediately and delete it from your system.

---

**From:** Trent Kashima <TKashima@brysonpllc.com>
**Sent:** Tuesday, November 11, 2025 3:29 AM
**To:** Ferrari, Giovanna <GFerrari@seyfarth.com>; Butler, Lawrence <LButler@seyfarth.com>; Belzer, Aaron <ABelzer@seyfarth.com>; Orzano, Joe <JOrzano@seyfarth.com>
**Cc:** Nick Suciu <NSuciu@brysonpllc.com>; Martha Geer <MGeer@brysonpllc.com>; Russell Busch <Rbusch@brysonpllc.com>; Luis Cardona <LCardona@brysonpllc.com>; Tiffany Kuiper <TKuiper@brysonpllc.com>
**Subject:** Sunderland v. PharmaCare - Proposed Notice

Gina,

Please find attached the Proposed Notice Language.  We also propose using the same notice plan approved in the *Corbett* case, with the only change that the notice be directed at New York, exclusively.  This would include digital advertising on the select advertising networks (such as *Google Display Network* and *Yahoo Audience Network*), as well as *Facebook* and *Instagram*.  The advertising would be targeted to the same demographic as in the *Corbett* action.  Additionally, we will sponsor search listings on the three most frequently visited internet search engines: Google, Yahoo!, and Bing, using the same search terms as in *Corbett*.  The Short Form Notice will be sent as a press release *via* PR newswire to both traditional (print, radio, TV) media outlets and online news sources.  Additionally, a dedicated informational website will be created.

Plaintiff would propose a sixty-day (60) period, from the start of the distribution of Class Notice, to opt out.

Regards,

Trent

**BRYSON**
HARRIS · SUCIU · DEMAY

**Trenton R. Kashima**

Partner

Direct: (212) 946-9389
Main: (919) 600-5000
tkashima@brysonpllc.com
www.brysonpllc.com [brysonpllc.com]

Confidentiality Notice: This message contains information which may be confidential and privileged. Unless you are the addressee (or authorized to receive for the addressee), you may not use, copy or disclose to anyone the message or any information contained in the message. If you have received the message in error, please advise the sender by reply e-mail and delete the message.