

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LINDA SUNDERLAND and BENJAMIN BINDER, individually and on behalf of all those similarly situated,<br><br>                    Plaintiffs,<br><br>v.<br><br>PHARMACARE U.S., INC.; and PHARMACARE LABORATORIES PTY LTD.,<br><br>                    Defendants. | Case No.: 3:23-cv-1318-JES-AHG<br><br>ORDER GRANTING PLAINTIFFS' UNOPPOSED MOTION TO APPOINT ADAM A. EDWARDS AS ADDITIONAL CLASS COUNSEL<br><br>[ECF No. 138] |

Before the Court is Plaintiffs' Unopposed Motion to Appoint Adam A. Edwards as Additional Class Counsel. ECF No. 138. District courts, generally, grant motions to appoint additional class counsel that are unopposed and made prior to the class notice being disseminated. *See e.g., Krommenhock v. Post Foods, LLC*, Case No. 16-cv-04958-WHO, 2020 WL 2322993, at *3 (N.D. Cal. May 11, 2020) (granting motion to appoint additional class counsel as unopposed because the expert work and trial in this case will be extensive and complex but prior to class notice being issued); *Dawson v. Great Lakes Educational Loan Servs., Inc.* 15-cv-475-jdp, 2019 WL 6619325, at 1 (W.D. Wisc. Dec. 15, 2019) (granting unopposed motion to appoint additional class counsel appointment as appropriate under Federal Rule of Civil Procedure 23(g)(1) before second round of class notice);

*Jermyn v. Best Buy Stores, L.P.*, No. 08 Civ. 214(CM), 2011 WL 280798, at *1 (S.D.N.Y. Jan. 18, 2011) (granting unopposed motion to appoint additional counsel after class was certified but before class notice); *but see Kaplan v. S.A.C. Capital Advisors, L.P.*, Case NO. 12 Civ. 9350 (NRB), Dkt. 283 (S.D.N.Y. July 5, 2016) (granting unopposed motion for appointment of additional class counsel after class certification and after class notice).

Good cause appearing, the Court **GRANTS** the Motion and **VACATES** the hearing for the Motion that was set to take place on March 18, 2026.

**IT IS SO ORDERED.**

Dated: March 17, 2026

Honorable James E. Simmons Jr.
United States District Judge

2

3:23-cv-1318-JES-AHG